IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS TRUESDALE, <br> Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| DR. ROBERT MARSH, et al., <br> Respondents. | : <br> : <br> : | NO. 19-2296 |

## ORDER

**AND NOW**, this 28 day of Aug, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The present petition is **CONSTRUED** as a challenge to the conviction for rape, unlawful contact with a minor, involuntary deviate sexual intercourse, and unlawful restraint (CP-51-CR-00014665-2011);

3. The claims challenging the convictions for robbery and aggravated indecent assault (CP-51-CR-00014556-2011) are **SEVERED** from the present petition;

4. The Clerk of Court **SHALL OPEN** a separate and new section 2254 petition on the CP-51-CR-00014556-2011 convictions identified in ¶ 3 and shall duplicate file the petition (Doc. 1) on the newly opened docket; and

5. Both petitions are **REFERRED** to United States Magistrate Judge David R. Strawbridge for a Report and Recommendation in each of the two cases.

BY THE COURT:

_____
BERLE M. SCHILLER,            J.